UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDROS LINEBERRY,<br><br>Defendant. | CR17-175 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The parties' stipulated motion, docket no. 36, to withdraw defendant's pro se motion is STRICKEN as moot. Defendant's pro se letter to the Court, docket no. 35, was not treated as a motion.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 2nd day of July, 2020.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1